```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 16651
    RICHARD PHILIP RUBINSTEIN
    MYNA LILLIAN RUBINSTEIN                     CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2599    SSN XXX-XX-5096


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 06/27/2008 and was not confirmed.

      The case was dismissed without confirmation 09/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00           .00           .00
SAM BUCHBINDER            SECURED NOT I  NOT FILED             .00           .00
TAYLOR BEAN & WHITAKER M  CURRENT MORTG          .00           .00           .00
BANK OF AMERICA           UNSECURED      NOT FILED             .00           .00
BANK OF AMERICA           UNSECURED      NOT FILED             .00           .00
BANK OF AMERICA           UNSECURED      NOT FILED             .00           .00
BANK OF AMERICA           UNSECURED      NOT FILED             .00           .00
BANK OF AMERICA           UNSECURED      NOT FILED             .00           .00
ROUNDUP FUNDING LLC       UNSECURED         2120.39            .00           .00
BANK OF AMERICA           UNSECURED      NOT FILED             .00           .00
BANK OF AMERICA           UNSECURED      NOT FILED             .00           .00
CAPITAL ONE BANK          UNSECURED      NOT FILED             .00           .00
CAPITAL ONE               UNSECURED      NOT FILED             .00           .00
CHASE BANK USA NA         UNSECURED        10631.63            .00           .00
ROUNDUP FUNDING LLC       UNSECURED        23752.95            .00           .00
CHASE BANK                UNSECURED      NOT FILED             .00           .00
CHASE BANK USA NA         UNSECURED        21011.65            .00           .00
LVNV FUNDING              UNSECURED        13652.37            .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED        14832.72            .00           .00
GM CARD                   UNSECURED      NOT FILED             .00           .00
RBS CITIZENS NA           UNSECURED         7223.95            .00           .00
RBS CITIZENS NA           UNSECURED         7803.40            .00           .00
SUNTRUST                  UNSECURED      NOT FILED             .00           .00
ROUNDUP FUNDING LLC       UNSECURED         3175.36            .00           .00
HSBC                      UNSECURED           19.62            .00           .00
PORTFOLIO RECOVERY        UNSECURED        11022.77            .00           .00
PORTFOLIO RECOVERY        UNSECURED        10803.47            .00           .00
LVNV FUNDING LLC          UNSECURED           68.35            .00           .00
RICHARD N GOLDING         DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 16651 RICHARD PHILIP RUBINSTEIN & MYNA LILLIAN RUBINSTEIN
```

```
----------------------------------------------------------------------
TRUSTEE                                                    .00

PRIORITY                                                            .00
SECURED                                                             .00
UNSECURED                                                           .00
ADMINISTRATIVE                                                      .00
TRUSTEE COMPENSATION                                                .00
DEBTOR REFUND                                                       .00
                                             ---------------  ---------------
TOTALS                                                 .00              .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/22/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                            PAGE   2
      CASE NO. 08 B 16651 RICHARD PHILIP RUBINSTEIN & MYNA LILLIAN RUBINSTEIN